UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARCH INSURANCE COMPANY,   Civ. No.: 2:21-cv-03657-DRH-JMW

    *Plaintiff,*

  -against-   **STIPULATION AND ORDER OF**
                                                                         **DISMISSAL WITH PREJUDICE**
EAST END INVESTIGATIONS & SECURITY, INC.,
BEHIND THE HEDGEROWS LLC, SALLY QUINN
AND ELLEN K HARRISON, TRUSTEES OF THE
SALLY QUINN TRUST and GREGORY HIGGINS,

    *Defendants.*
-------------------------------------------------------------------X
EAST END INVESTIGATIONS & SECURITY, INC.,

    *Third-Party Plaintiff,*

  -against-

E.T. DAYTON, INC. d/b/a DAYTON RITZ &
OSBORNE INSURANCE,

    *Third-Party Defendant.*
-------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, an Order may be entered hereon dismissing, with prejudice, the above-captioned action, including all claims, crossclaims, counterclaims and third-party actions, without costs or fees to either party; and it is further

    STIPULATED AND AGREED that electronic signatures hereon shall be treated as original signatures.

Dated: Uniondale, New York
    ~~March __, 2022~~
    May 13, 2022

| | |
|---|---|
| RIVKIN RADLER LLP | RAYMOND A. GIUSTO, P.C. |
| *[signature]* | *[signature]* |
| Alan C. Eagle | Raymond A. Giusto, Esq. |
| Patrick R. O'Mea | Brooke Anthony, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant/Third-Party Plaintiff |
| ARCH INSURANCE COMPANY | EAST END INVESTIGATIONS & |
| 926 RXR Plaza | SECURITY, INC. |
| Uniondale, New York 11556-0926 | 715 South Country Road |
| (516) 357-3000 | West Bay Shore, New York 11706 |
| | (631) 277-7086 |
| | |
| DELAHUNT LAW PLLC | CURTIS, VASILE, MEHARY & DORRY |
| | |
| Timothy E. Delahunt, Esq | Michael E. Mehary, Esq. |
| Attorneys for Defendant | Attorneys for Defendants |
| BEHIND THE HEDGEROWS LLC | SALLY QUINN AND ELLEN K. |
| 295 Main Street, Suite 836 | HARRISON |
| Buffalo, New York 14203 | 2174 Hewlett Ave, Suite 201 |
| (716) 878-9178 | Merrick, New York 11566 |
| | (516) 623-1111 |
| | |
| FELDMAN, KRAMER & MONACO, P.C. | KEIDEL, WELDON & CUNNINGHAM, LLP |
| *[signature]* | |
| David A. Pincus, Esq. | *[signature]* Howard Kronberg /PRO per email authority dW. 3/10/22 |
| Attorneys for Defendant | Howard Kronberg, Esq. |
| GREGORY HIGGINS | Justin R. Waytowich, Esq. |
| 330 Vanderbilt Motor Parkway | Attorneys for Third-Party Defendant |
| Hauppauge, New York 11788 | E.T. DAYTON INC. D/B/A DAYTON RITZ |
| (631) 231-1450 | & OSBORNE INSURANCE |
| | 925 Westchester Ave., Suite 400 |
| | White Plains, NY 10604 |
| | (914) 948-7000 |

**SO ORDERED:**

_____
Dennis R. Hurley, U.S.D.J.

| | |
|---|---|
| RIVKIN RADLER LLP | RAYMOND A. GIUSTO, P.C. |
| Alan C. Eagle<br>Patrick R. O'Mea<br>Attorneys for Plaintiff<br>ARCH INSURANCE COMPANY<br>926 RXR Plaza<br>Uniondale, New York 11556-0926<br>(516) 357-3000 | Raymond A. Giusto, Esq.<br>Brooke Anthony, Esq.<br>Attorneys for Defendant/Third-Party Plaintiff<br>EAST END INVESTIGATIONS &<br>SECURITY, INC.<br>715 South Country Road<br>West Bay Shore, New York 11706<br>(631) 277-7086 |
| DELAHUNT LAW PLLC | CURTIS, VASILE, MEHARY & DORRY |
| *[signature]*<br>Timothy E. Delahunt, Esq<br>Attorneys for Defendant<br>BEHIND THE HEDGEROWS LLC<br>295 Main Street, Suite 836<br>Buffalo, New York 14203<br>(716) 878-9178 | Michael E. Mehary, Esq.<br>Attorneys for Defendants<br>SALLY QUINN AND ELLEN K.<br>HARRISON<br>2174 Hewlett Ave, Suite 201<br>Merrick, New York 11566<br>(516) 623-1111 |
| FELDMAN, KRAMER & MONACO, P.C. | KEIDEL, WELDON & CUNNINGHAM, LLP |
| David A. Pincus, Esq.<br>Attorneys for Defendant<br>GREGORY HIGGINS<br>330 Vanderbilt Motor Parkway<br>Hauppauge, New York 11788<br>(631) 231-1450 | Howard Kronberg, Esq.<br>Justin R. Waytowich, Esq.<br>Attorneys for Third-Party Defendant<br>E.T. DAYTON INC. D/B/A DAYTON RITZ<br>& OSBORNE INSURANCE<br>925 Westchester Ave., Suite 400<br>White Plains, NY 10604<br>(914) 948-7000 |

**SO ORDERED:**

_____
Dennis R. Hurley, U.S.D.J.

| | |
|---|---|
| RIVKIN RADLER LLP | RAYMOND A. GIUSTO, P.C. |
| _____ | _____ |
| Alan C. Eagle<br>Patrick R. O'Mea<br>Attorneys for Plaintiff<br>ARCH INSURANCE COMPANY<br>926 RXR Plaza<br>Uniondale, New York 11556-0926<br>(516) 357-3000 | Raymond A. Giusto, Esq.<br>Brooke Anthony, Esq.<br>Attorneys for Defendant/Third-Party Plaintiff<br>EAST END INVESTIGATIONS &<br>SECURITY, INC.<br>715 South Country Road<br>West Bay Shore, New York 11706<br>(631) 277-7086 |
| DELAHUNT LAW PLLC | CURTIS, VASILE, MEHARY & DORRY |
| _____ | /s/ Michael E. Mehary |
| Timothy E. Delahunt, Esq<br>Attorneys for Defendant<br>BEHIND THE HEDGEROWS LLC<br>295 Main Street, Suite 836<br>Buffalo, New York 14203<br>(716) 878-9178 | Michael E. Mehary, Esq.<br>Attorneys for Defendants<br>SALLY QUINN AND ELLEN K.<br>HARRISON<br>2174 Hewlett Ave, Suite 201<br>Merrick, New York 11566<br>(516) 623-1111 |
| FELDMAN, KRAMER & MONACO, P.C. | KEIDEL, WELDON & CUNNINGHAM, LLP |
| _____ | _____ |
| David A. Pincus, Esq.<br>Attorneys for Defendant<br>GREGORY HIGGINS<br>330 Vanderbilt Motor Parkway<br>Hauppauge, New York 11788<br>(631) 231-1450 | Howard Kronberg, Esq.<br>Justin R. Waytowich, Esq.<br>Attorneys for Third-Party Defendant<br>E.T. DAYTON INC. D/B/A DAYTON RITZ<br>& OSBORNE INSURANCE<br>925 Westchester Ave., Suite 400<br>White Plains, NY 10604<br>(914) 948-7000 |

**SO ORDERED:**

_____
Dennis R. Hurley, U.S.D.J.

5721251.v1                                           2